NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1392, -1393, -1422

TRADING TECHNOLOGIES INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

ESPEED, INC., ECCO LLC,
ECCOWARE LTD., and ESPEED INTERNATIONAL, LTD.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the Northern District of Illinois in case no. 04-CV-5312, Senior Judge James B. Moran.

ON MOTION

O R D E R

Upon consideration of eSpeed, Inc. et al.'s motion for leave to file a corrected confidential brief,

IT IS ORDERED THAT:

(1)  The motion is granted.  If the corrected brief has not already been filed, it is due within 14 days of the date of filing of this order.

(2)  The plaintiff-appellant's response/reply brief is due April 6, 2009.

FOR THE COURT

MAR 11 2009
_____
Date

cc:  Paul H. Berghoff, Esq.
     George C. Lombardi, Esq.
s20

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2009

JAN HORBALY
CLERK